# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VALDIZON,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No. 1:20-cv-01271-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE PURSUANT TO GENERAL ORDER NO. 615**<br><br>(Doc. 2) |

Plaintiff Nelson Valdizon filed a complaint on September 8, 2020, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons;
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff;
4. The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay. *See* E.D. Cal. G.O. 615. <u>The stay will be automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court</u>; and

5. The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the summons. Pursuant to General Order No. 615, no other case documents will issue.

IT IS SO ORDERED.

Dated: **September 10, 2020**         /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE