KELLY, DUARTE, URSTOEGER & RUBLE
By: Jeffrey R. Duarte
State Bar No.186190
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON VALDIZON, | Case No.: 1:20-CV-01271-SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that Plaintiff shall have a 30 day extension to August 11, 2021 to file Plaintiff's Motion for Summary Judgment.

Plaintiff counsel is making this request as he will be attending a work conference during the same time as the due date of the Motion for Summary Judgment. Plaintiff counsel will need additional time to review the file and prepare the opening brief. It is requested the Scheduling Order be modified accordingly.

This is Plaintiff's first request for an extension of time.

Dated: June 17, 2021          Respectfully submitted,

By: */s/ Jeffrey R. Duarte*
JEFFREY R DUARTE
Attorney for Plaintiff

-1-

Dated: June 17, 2021　　　　　　　　　By  /s/ Oscar Gonzalez de Llano
　　　　　　　　　　　　　　　　　　　(As authorized via email)
　　　　　　　　　　　　　　　　　　　OSCAR GONZALEZ DE LLANO
　　　　　　　　　　　　　　　　　　　Lead Attorney

## ORDER

Pursuant to the parties' above stipulation (Doc. 14), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have a 30 day extension to August 11, 2021, to file his Motion for Summary Judgment. All other deadlines set forth in the Scheduling Order (Doc. 13) are modified accordingly.

IT IS SO ORDERED.

Dated:  **June 23, 2021**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE